# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| David Russell, ) | |
| ) | JUDGMENT IN CASE |
| Plaintiff(s), ) | |
| ) | 3:20-CV-00172-FDW-DSC |
| vs. ) | |
| ) | |
| University of North Carolina at ) | |
| Charlotte, ) | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2021 Order.

August 31, 2021

Frank G. Johns, Clerk
United States District Court